[Crim. No. 4302.    In Bank.—October 7, 1940.]

In the Matter of the Application of ROBERT C. PUTER for a Writ of Habeas Corpus; Petition to Vacate and Set Aside Judgment and Legal Restoration to Sanity.

Robert C. Puter, *in pro. per.*, for Petitioner.

Earl Warren, Attorney-General, and F. Walter French, Deputy Attorney-General, for Respondent.

THE COURT.—The above application can be treated only as a petition for a writ of *habeas corpus*, as there is no provision of law which authorizes the filing in this court of a petition "to vacate and set aside judgment and legal restoration to sanity".

All the matters set forth in the above-entitled application were fully, thoroughly and correctly disposed of by the District Court of Appeal for the First Appellate District, Division One, on March 23, 1940, in the matter of *People of the State of California, Plaintiff and Respondent,* against *H. A. Cowan, true name Robert C. Puter, defendant and appellant,* in an opinion written by Mr. Justice Ward and concurred in by Mr. Presiding Justice Peters and Mr. Justice Knight of that court, appearing in 38 Cal. App. (2d) 144 [100 Pac. (2d) 1079], which decision has become final.

The so-called petition "to vacate and set aside judgment and legal restoration to sanity" is dismissed; the writ is discharged and petitioner is remanded.